1:20-cr-10033-JBM-JEH    # 1    Page 1 of 6

E-FILED
Wednesday, 17 June, 2020 01:54:13 PM
Clerk, U.S. District Court, ILCD



JUN 16 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLY JOE KOCHER,<br><br>Defendant. | Case No. 20-cr-10033<br><br>VIO: 18 U.S.C. §§ 2251(a) and (e); 2422(b); 2252A(a)(3)(B) and (b)(1); and 2252A(a)(2)(A) and (b)(1); and 2253. |

## COUNT ONE
(Attempt Production of Child Pornography)

On or about April 16, 2020 in the Central District of Illinois, the defendant,

**BILLY JOE KOCHER,**

attempted to employ, use, persuade, induce, entice, and coerce MINOR GIRL 1, a person the defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and he knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and that visual depiction has been transported and transmitted using

1

any means and facility of interstate commerce and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Attempted Enticement of a Minor)

From on or about April 15, 2020 through on or about May 6, 2020, in the Central District of Illinois, the defendant,

**BILLY JOE KOCHER,**

using facilities of interstate commerce, that is his Motorola Moto E6 cell phone, connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
(Attempted Receipt of Child Pornography)

On or about April 16, 2020, in the Central District of Illinois, the defendant,

**BILLY JOE KOCHER,**

knowingly attempted to receive child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including one or more visual depictions involving a prepubescent minor and a minor under twelve years of age, said

child pornography having been mailed, shipped and transported in and affecting interstate and foreign commerce, and using any means and facility of interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT FOUR
(Attempted Receipt of Child Pornography)

On or about April 20, 2020, in the Central District of Illinois, the defendant,

**BILLY JOE KOCHER,**

knowingly attempted to receive child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including one or more visual depictions involving a prepubescent minor and a minor under twelve years of age, said child pornography having been mailed, shipped and transported in and affecting interstate and foreign commerce, and using any means and facility of interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT FIVE
(Soliciting an Obscene Visual Depiction of a Minor)

On or about May 6, 2020, in the Central District of Illinois, the defendant,

**BILLY JOE KOCHER,**

using facilities of interstate commerce, that is his Motorola Moto E6 cell phone,

connected to the Internet, did knowingly solicit purported material that is an obscene visual depiction of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b)(1).

## FORFEITURE NOTICE

1. The charges contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violation alleged in the Indictment the defendant,

**BILLY JOE KOCHER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions and other matter containing such visual depictions which were produced, transported, mailed, shipped, received, and possessed as alleged in the Indictment;

    b. Any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from the offenses alleged in the Indictment; and

c.  Any property, real and personal, used and intended to be used to commit and promote the commission of the offenses alleged in the Indictment.

3.  The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Motorola Moto E6 cell phone, model # XT2005DL.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,
s/Foreperson

FOREPERSON

s/Paul Morris

JOHN C. MILHISER
UNITED STATES ATTORNEY

PBM